■ IRVING L. MARKS, Appellant, v NATIONWIDE MUTUAL INSURANCE COMPANY, Respondent. [644 NYS2d 656]

We affirm. Resolution of this matter is governed by this Court's prior decision in *Normile v Allstate Ins. Co.* (87 AD2d 721, *affd on mem below* 60 NY2d 1003), and our review of the record leads us to conclude that Supreme Court properly granted defendant's motion to dismiss the complaint.

Cardona, P. J., Mikoll, Crew III, Casey and Yesawich Jr., JJ., concur. Ordered that the order is affirmed, without costs.